# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

| | | |
|---|---|---|
| CHRISTOPHER FRANKS, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | |
| | * | No.  3:11-cv-00144-JJV |
| MICHAEL J. ASTRUE, Commissioner, | * | |
| Social Security Administration | * | |
| | * | |
| Defendant. | * | |

## ORDER

Before the Court is Plaintiff's Application for Attorney's Fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.  The Commissioner responded and offered no objection to the fees requested.  The parties have also agreed to procedure for the payment of the EAJA fees. So, after careful consideration of the Motion and Response, the Court finds:

1. The hours spent by counsel were reasonable.  Therefore the Court approves attorney fees and costs in the amount of  $4,611.87 (23.25  hours at $181 per hour, 5.15 paralegal hours at $75 per hour, and expenses of $17.37).

2. The EAJA fee award is payable to Plaintiff and mailed to Plaintiff's counsel, but subject to any offset to satisfy any pre-existing debt owed to the United States. *Astrue v. Ratliff*, --- U.S. ----, 130 S.Ct. 2521, 2527, 2010 WL 2346547 (2010).

3. Defendant shall certify said award and pay this amount.

IT IS SO ORDERED this 12th day of July, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

1